# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## Bid Protest

|  |  |
|---|---|
| ADVANCED TECHNOLOGY SYSTEMS COMPANY | No. 23-1000 C |
| Plaintiff, | Judge _____ |
| v. |  |
| THE UNITED STATES, |  |
| Defendant. |  |

## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Pursuant to Paragraph 17 of Appendix C of the Rules of the Court of Federal Claims, Plaintiff Advanced Technology Systems Company ("ATSC") respectfully requests the Court enter the standard Protective Order for bid protest proceedings in this matter. Defendant's counsel has confirmed Defendant does not oppose this motion.

ATSC's Complaint contains proprietary and trade secret information related to a proposal ATSC previously submitted in response to a Request for Proposals issued by the Egyptian Navy, and to a proposal ATSC intends to submit in response to the solicitation at issue in this protest. The public release of this information would cause competitive harm to ATSC. In addition, the Administrative Record the government will file in this matter may include confidential and source selection information related to the Government's development of the solicitation at issue. The public release of this information could cause competitive harm to ATSC, or harm the integrity of the competitive process.

Accordingly, ATSC respectfully requests the Court grant this motion, and issue its standard Protective Order.

June 29, 2023                    Respectfully submitted,

                                 s/Anuj Vohra
                                 Anuj Vohra
                                     (Counsel of Record)

                                 Jonathan Baker
                                 Alexandra L. Barbee-Garrett
                                 Zariah Altman
                                     (Of Counsel)

                                 CROWELL & MORING LLP
                                 1001 Pennsylvania Avenue, N.W.
                                 Washington, D.C. 20004
                                 (202) 624-2500
                                 Facsimile: (202) 628-5116

                                 *Counsel for ATSC*