# In the United States Court of Federal Claims

No. 23-1000 C

Filed: June 30, 2023

---

**ADVANCED TECHNOLOGY SYSTEMS COMPANY,**

       *Plaintiff*,

  v.

**THE UNITED STATES,**

       *Defendant*.

---

## SCHEDULING ORDER

The Court will hold a status conference on **July 3, 2023 at 9:00 a.m. ET** via videoconference. The Court will provide the Parties with participation instructions for this proceeding separately.

**IT IS SO ORDERED.**

                                                                s/ Edward H. Meyers
                                                              EDWARD H. MEYERS
                                                              Judge